# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0087

———————————————

OSCAR MANUEL GONZALEZ,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 23, 2025

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Oscar Manuel Gonzalez, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.